- 1 -

1  Your Name: Arcelio Reybol
2  Address: 167 Ben Lomond Hercules, Ca 94547
3  Phone Number: +1-415-218-0233
4  Fax Number:
5  E-mail Address: Arcelio.Reybol@gmail.com
6  Pro Se Plaintiff

**FILED**
APR 04 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

#IFPP NC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CV25  3086 PHK**

Sun Devil 1206669884
Arcelio Reybol
  Plaintiff,

vs.

Space Force;
NOAA
National Oceanic
Atmospheric Agency
  Defendant.

Case Number [leave blank]

**COMPLAINT**

DEMAND FOR JURY TRIAL
Yes ☐  No ☐

☑ Magistrate; Yes

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Spaceforce ; NOAA
Address:
Telephone:

COMPLAINT
PAGE ___ OF ___  [*JDC TEMPLATE – Rev. 05/2017*]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: National Oceanic Atmospheric Agency
Address: San Francisco near the Golden Gate Bridge.
Telephone:

Defendant 2:
Name: Space Force - President Donald J. Trump
Address:
Telephone:

Defendant 3:
Name:
Address:
Telephone:

**JURISDICTION**
[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☐ under federal question jurisdiction because it is involves a federal law or right.
[Which federal law or right is involved?] 3:25-cv-00217
Arcelio Reybol v. Bay Area Rapid Transit.

☑ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

if of case than what of Law?

3:23-cv-05504-JSC  |California| Arcelio Reybol v. CA Dept. of Vital Records
State of California v. Arcelio Reybol  Superior Court of CA 18-CR-007136

COMPLAINT
PAGE ___ OF ___  [*JDC TEMPLATE – Rev. 05/2017*]

-3-

## VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4. Venue is appropriate in this Court because:

   ☐ a substantial part of the events I am suing about happened in this district.

   ☐ a substantial part of the property I am suing about is located in this district.

   ☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

   ☑ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5. Because this lawsuit arose in __San Francisco__ County, it should be assigned to the __San Francisco__ Division of this Court.

## STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

Arcello Reybol traveled via San Francisco Marin Ferry to speak to Larkspur about upcoming Hurricanes; Hurricane(s) 2024.

Moreover, spoke with the NOAA located by Golden Gate Bridge

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

Hurricane 2025 yesterday as mentioning Funding cuts to NOAA.

26  //
27  //
28

COMPLAINT
PAGE ___ OF ___  [JDC TEMPLATE – Rev. 05/2017]

## CLAIMS

### First Claim

(Name the law or right violated: __Space Force - NOAA__)

(Name the defendants who violated it: __Funding Cuts__)

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

   . Sun Devil 1206669689
        Arcello Reybol is acknowledged by the Emergency Management Institute Department of Homeland Security
   . Federal Emergency Management Agency and was Preparing with NOAA as his approach about Hurricane(s) 2024 with as 3:23-CV-05504-JSC
        to the United States District Court Northern California District Court.

//

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – 05/17]

_____ **Claim**

*(Name the law or right violated:* _____ )

*(Name the defendants who violated it:* _____ )

COMPLAINT

PAGE \_\_\_ OF \_\_\_ *[JDC TEMPLATE – 05/17]*

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

Federal Bureau of Investigation into ~~Government~~ Government Government funding into Spaceforce, and or to also of National Oceanic Atmospheric Agency / Association : NOAA.

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☐ Plaintiff demands a jury trial on all issues.

☑ Magistrate: Yes

Respectfully submitted,

Date: April 4th, 2025    Sign Name: [signature]

Print Name: SunDevil120661569 Anselio Reybol

COMPLAINT
PAGE ___ OF ___  *[JDC TEMPLATE – 05/17]*

-8-

[Copy this page and insert it where you need additional space.]

1
2  ___.
3
4
5
6
7
8  ___.
9
10
11
12
13
14  ___.
15
16
17
18
19
20  ___.
21
22
23
24
25
26  ___.
27
28

COMPLAINT

PAGE ___ OF ___   [JDC TEMPLATE – 05/17]