UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARCELIO JOSEPH REYBOL,

        Plaintiff,

     v.

SPACE FORCE, et al.,

        Defendants.

Case No. 25-cv-03086-WHO

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE**

Re: Dkt. No. 8

Currently before the court is Magistrate Judge Peter Kang's December 9, 2025, Report and Recommendation to Dismiss pro se plaintiff Arcelio Reybol's complaint without prejudice. Dkt. No. 8. In his Report and Recommendation, Judge Kang found that Mr. Reybol's failure to comply with the Order to Show Cause and the Order to file an amended application to proceed *in forma pauperis* over the course of almost six months constituted sufficient grounds for dismissal. *Id.* (reviewing the five factors articulated in *Applied Underwriters, Inc. v. Lichtenegger*, 913 F.3d 884, 890 (9th Cir. 2019) and concluding that all five factors favor dismissal). Objections to the Report and Recommendation were due on December 23, 2025. As of the date of this Order, no objection or other response to the Report and Recommendation has been received.

I have reviewed the Complaint, the motion to proceed *in forma pauperis*, and each of Judge Kang's orders filed in this case and conclude that Mr. Reybol appears to have abandoned his case. I therefore agree that the case is ripe for dismissal. Accordingly, I ADOPT the Report and Recommendation in full. This case is DISMISSED WITHOUT PREJUDICE.

     **IT IS SO ORDERED.**

Dated: January 22, 2026

William H. Orrick
United States District Judge